**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KURT VROMAN,**

              **Plaintiff,**

**-vs-**                                          **Case No.  6:06-cv-229-Orl-28DAB**

**VOLUSIA COUNTY, FLORIDA, JAMES TAUBER, TERRY MOORE, JAMES WILLITS,**

              **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION FOR SUBSTITUTION OF EXPERT WITNESS AND REPORT OF EXPERT WITNESS (Doc. No. 33)** |
| **FILED:** | **May 3, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

| | |
|---|---|
| **MOTION:** | **JOINT MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY (Doc. No. 31)** |
| **FILED:** | **May 2, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The parties have shown good cause for the extension, *i.e.*, the heart valve replacement surgery and recovery of the critical witness Captain Nicholas Castelli, Plaintiff's immediate supervisor at the

time of Plaintiff's dismissal from Volusia County Fire Services, and the unexpected withdrawal of Mr. Frank Montes de Oca as Defendant's expert (designated timely).

The new deadlines are as follows:

| **Trial term** | **March 3, 2008** |
|---|---|
| **Disclosure of Defendant's Expert Report** | **July 15, 2007** |
| **Discovery deadline** | **September 4, 2007** |
| **Dispositive motions, Daubert and Markman motions deadline** | **October 15, 2007** |
| **Meeting in person to prepare Joint Final Pretrial Statement** | **January 4, 2008** |
| **Pretrial statement deadline** | **January 15, 2008** |

Provided, however, this extension in no way relieves the parties of other obligations and deadlines set forth in the Scheduling Order except as listed above. Further, this extension shall not be the basis for seeking relief from that Order. Provided further, this extension assumes that there will be no disputes regarding discovery within this extended period, and the Court will not entertain any motions pertaining to such disputes. No further extensions will be granted without a showing of extraordinary good cause.

**DONE** and **ORDERED** in Orlando, Florida on May 9, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record